789 A.2d 644

IN THE MATTER OF DANIEL J. O'HARA,
JR., AN ATTORNEY AT LAW.

January 30, 2002.

# ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11(a), seeking the immediate temporary suspension from practice of **DANIEL J. O'HARA, JR.,** formerly of **SUMMIT,** who was admitted to the bar of this State in 1971, good cause appearing;

It is ORDERED that **DANIEL J. O'HARA, JR.,** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that no petition for reinstatement be submitted until respondent has provided a complete accounting for the *Dolan* estate demonstrating that he has properly safeguarded the estate funds and assets; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent pursuant to *Rule* 1:21–6 or in connection with the *Estate of John F. Dolan,* shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **DANIEL J. O'HARA, JR.,** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.